# EXHIBIT I

NSC Sri Lankan Staffs,
Ratnapura,
Sri Lanka.

Honorable Judge Carter,
United States of America.

20th March 2018.

Your Honor,

We are writing this letter concerning Michael Arnstein. We have known him for 8 years as our company president and a good human being. During all of this time, we have never seen Michael Arnstein act inappropriately or misuse the law during our office time or with after work time.

Michael Arnstein has done so much for us and for our local community here in Sri Lanka, above and beyond his duties as a company president. He took over every responsibility and needs since the beginning of our office establishment. We had tons of needs and requirements in our life when we join this company, but Michael helped us in many ways. He has been providing funds and care for personal needs and community needs. As a company we donated so much funds and necessary goods to local hospitals, schools, orphanage and elder's homes under Michael's lead. He always asks us to collect information about those kinds of people who really need a push to survive in this local community.

We are 11 poor families who works for Michael here in Sri Lanka. We depend on him and our families depends on us. We are poor families and most importantly true loyal people to Michael Arnstein. Right now here in Sri Lanka inflation is so high. Most of the people live with lots of demands with low earnings. But with Michael's care and funds we manage our lives and able to pay our bills. Without his management and maintenance we will not be able to keep our Sri Lanka office. He often comes here to check our productivity and push forward our business all the time. He sends emails, videos and sometimes he sends our New York staff members to check our office management and business improvements. We always seek Michael's ideas and his leadership.

We had so many problems in this company because of online defamation lies. How ever Michael kept our jobs safe and overcame those attacks. Some people tried to collapse our business through threatening emails and fake news, but Michael saved our lives and protected our jobs. Michael plays the main role in our company He is the 'The Natural Sapphire Company' he is our hope, and most importantly he is the one who can make us safe.

Your honor, we don't know so much about law and government rules. We only ask WE NEED MICHAEL. Please help our families and lives through his presence to our office ever. There is only one person who can do this it's you slr. We would very much appreciate your orders.

Thank you,
Yours faithfully,
NSC Sri Lankan Staffs.

Scanned by CamScanner

## NSC Sri Lankan Staffs

**Supun Sumanada**


**Supun Chamara**


**Dinusha Madushani**


**Roushan Akthar**


**Sampath Premesighe**


**Dilini Nisansala**


**Dilushan Rangika Perera**


**Dhanushka Saranga**


**IsankaDhananjaya**


**Iresha swarnamali**


**Dinesh Bolonne**


Scanned by CamScanner