ORIGINAL

TRULINCS 79003054 - ARNSTEIN, MICHAEL - Unit: OTV-C-A

---

FROM: 79003054
TO: Arnstein, Samuel
SUBJECT: Letter to Judge Carter
DATE: 03/27/2019 12:18:23 PM

Michael Arnstein
Register Number: 79003-054
FCI Otisville Camp
PO Box 1000
Otisville, NY 10963-1000

April 2, 2019

Honorable Federal Judge Andrew Carter
United States District Court
Southern District of New York
40 Foley Square, Court Room 1306
New York City, New York 10007

RECEIVED APR 17 2019
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: 13
DATE FILED: 6-__-19

Re: United States of America v Michael Arnstein
Case # 17CR570-001

Dear Judge Carter,

I am writing you Pro-Se to humbly request for your consideration that I participate in the Second Chance Act at the Federal Bureau of Prisons. I understand that any recommendations by the Court is only advisory and not binding on the Bureau of Prisons. However, recommendations by the Court are seriously considered part of Bureau of Prisons policy.

I am imploring for a recommendation from the Court to the Bureau of Prisons that I am afforded a reasonable opportunity for reentry to a Community Correctional Center under the Second Chance Act of 2007, 18 U.S.C. 3624 (c).

Your Honor, the Court sentenced me to 9 months of incarceration. The last 3 months of incarceration has unfortunately created tremendous hardship on my wife and daughter who are currently under doctors medical care for severe depression and anxiety. Additionally as the sole provider for my family and being self employed, my ability to support my family has been severely stressed. Many of my coworkers have resigned or needed to be laid off since my incarceration.

I respectfully submit asking for your compassion and consideration for the safety and health of my wife and daughters, and my ability to support if my sentence was reassigned to a Community Confinement housing, pursuant to the Second Chance Act.

Your Honor, I feel that since my incarceration, I have grown to be a better person. This experience has had a ground shifting effect on every aspect of my being. I have become a better person; and pray you may consider my request to write a statement of support in the Second Chance Act. I wish to sincerely prove to society and importantly to myself that I am a changed man.

Respectfully submitted,
*Michael Arnstein*
Michael Arnstein, Pro-Se
Registration # 79003-054
Otisville Camp
PO Box 1000
Otisville, New York 10963-1000



1164 Bishop Street, Suite 1611
Honolulu, Hawaii 96813
Office: 808-261-7792
Email: info@apt-hi.com

Date: 03/28/2019

To whom it may concern: Charlotte Arnstein is a 13 year old girl and a patient of this writer, and under my care for mental health treatment. The recent incarceration of her father has led to considerable difficulties with anxiety and high levels of distress, depressed mood, and fears of abandonment. These difficulties which stem from the absence of her father and lack of communication/interaction with him have had a significant negative impact on her functioning in all domains of her life.

Please contact our office if further information is required.

Sincerely,

Frederick Duennebier, MD, licensed Psychiatrist
Advanced Psychiatric Therapeutics, LLC
1164 Bishop St. Ste. 1611
Honolulu, HI 96813
(808) 261-7792



**Advanced Psychiatric Therapeutics, LLC**

Kailua Professional Center II
40 Aulike Street, Suite 312
Kailua, HI 96734

March 6, 2019

To Whom It May Concern:

Victoria Arnstein is under my care for mental health treatment. She is experiencing anxiety, panic attacks, and insomnia since the incarceration of her husband. She has no known history of these symptoms previously. The absence of her husband in this context is contributing to significant psychological distress.

Please contact our office if any further information is required.

Sincerely,

Angela Gough, DO

Michael Aristen
Reg # 79003-054
FCI-Otisville Camp
PO Box 1000
Otisville, NY 10963

RECEIVED
APR 17 2019
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

17-CR-570 (ALC)

To: Honorable Judge Carter
Thurgood Marshal United States Court House
40 Foley Square Court Room 1306
New York, NY 10007

