# THE NATURAL SAPPHIRE COMPANY

THE WORLD'S GREATEST COLLECTION OF NATURAL SAPPHIRES

Judge Andrew L. Carter Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-8-19

17CR570(ALC)

Dear Honorable Judge,

My name is Su Su Htay and I am the Office Manager at The Natural Sapphire Company. I have been working with Michael Arnstein for 14 years and many of my colleagues have been working here for 5 years and more.

It has been extremely difficult for the business to function without Michael's guidance and leadership. Our sales have gone down by 30%. Some employees have left; others we have had to let go. The banks are closing our company accounts that are essential for day to day business and Michael is not able to sign important documents for re-opening them. We are a small business, but we have over twenty employees here and in Sri Lanka that dearly depend on our company.

He has always been a good leader for the business and has personally helped many of our employees through hard times and the bad economy after 2007 and 2008. He would rather keep the company open and pay our employees before his own mortgage. He regularly supports the local communities, orphanages, schools, and charities in Sri Lanka and Burma, the sources of our sapphires. I am sure that Michael has learned an extremely valuable and difficult lesson from this experience and will move forward with a new outlook on life and business.

A number of my colleagues are lending their support for Michael and have signed below.

We hope you will consider Michael Arnstein as a candidate for an early release so he can return to his vital leadership responsibilities and we can continue to support ourselves and our families. I know he will only help lead us in a better direction.

We appreciate your time and consideration.

Thank you,

Su Su Htay
Office Manager, The Natural Sapphire Company

Erika Shuykhameton
Lauren Kelly-Nelson
Garrett Herndon
Samuel Arnstein
Scenadar Nyingi
Joe Thile
Amanda Coba

Zaw Zaw
Alvin Lee
Kyaw Thu Tun
Moe San

WWW.THENATURALSAPPHIRECOMPANY.COM
6 EAST 45TH STREET, 20TH FLOOR PENTHOUSE, NEW YORK, NY 10017   T 212.869.1165   F 212.869.5286