**STEVEN L. BROUNSTEIN PLLC**
*Attorney at Law*

32 Court Street
Brooklyn, New York 11201
Suite 408

(718) 875-5700
FAX (718) 625-6637
sbattylaw@gmail.com

**Via ECF**

May 13, 2020

Hon. Andrew Carter
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

<u>United States v. Michael Arnstein</u>
17-Cr-00570(ALC)

Dear Judge Carter:

    I represented Mr. Arnstein in the above referenced indictment. On September 15, 2017 Mr. Arnstein pled guilt pursuant to an information charging him with Conspiracy to Forge a Judge's signature pursuant to 18 USC 505 and I8 USC 371., Mr. Arnstein was initially charged on April 17th 2017 and was released on his own recognizance with the proviso that he surrender his passport which he compiled with.  He was sentenced by the Court of October 19th , 2018 to nine (9) months of incarceration, five (5) months of home detention a fine of $20,000, three (3) years of supervised release, and 200 hours of community service. Mr. Arnstein has paid the fine, completed by both his period of incarceration and home detention and is currently being supervised by the Department of Probation.

    His passport is still in possession of Pre-Trial Services.  Upon completion of the five (5) month  period of home detention Mr. Arnstein contacted Jonathan Letteri, the Pre-Trial Services officer who he reported to during the pendency of the matter to request return of his passport.  Mr. Letteri indicated that the had no objection to the returning of his passport but he would need the Court to direct its return. Mr. Arnstein's business requires him to travel to both trade shows and his manufacturing facility.  Mr. Arnstein needs to be in possession of his passport when he makes plans to travel, and when he travels. Additionally Mr. Arnstein is concerned that his passport may be at or near its expiration date, which would require its renewal which could tale a considerable period of time.

    Mr. Arnstein is aware that any travel would have to be approved by the Probation

Department and that he will be required to submit his travel itinerary to Probation. Accordingly I am requesting that the Court permit Pre-Trial services to return Mr. Arnstein's passport to him.

I thank the Court for considering this request.

Respectfully submitted;

/s/

**STEVEN L. BROUNSTEIN**